# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LAURIE MURRAY

VERSUS

SAMUEL C. WARD, JR. &
ASSOCIATES, LLC, & SAMUEL C.
WARD, JR.

NO. 2018 CW 0668

**JANUARY 14, 2020**

In Re: Travelers Casualty and Surety Company of America, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 637977.

**BEFORE: WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant to the Joint Motion to Dismiss Application for Supervisory Writ filed on January 7, 2020 advising that all claims in this matter have been compromised and settled.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.